```
1   DENNIS K. BURKE
    United States Attorney
2   District of Arizona

3   JOHN R. LOPEZ IV
    Assistant U.S. Attorney
    Two Renaissance Square
4   40 N. Central Avenue, Suite 1200
    Phoenix, Arizona 85004-4408
    Arizona State Bar No. 019182
5   Telephone (602) 514-7500
```

```
        FILED ____ LODGED
   ____ RECEIVED ____ COPY

        JAN 1 3 2010

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____Z  DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-07-1390-PHX-MHM |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | VIO: 18 U.S.C. § 4 |
| Robert Kenneth Rehm, | 18 U.S.C. § 1344 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Between in or about July 2000, and October 16, 2000, in the District of Arizona, ROBERT KENNETH REHM, knowing that an offense against the United States had been committed, specifically, Bank Fraud, in violation of Title 18, United States Code, Section 1344, concealed and did not as soon as possible make known the same to a judge or other person in civil authority under the United States.

All in violation of Title 18, United States Code, Section 4.

Dated this 13th day of January, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/ JRL*

JOHN R. LOPEZ IV
Assistant U.S. Attorney