PROBATION FORM NO. 35　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# United States District Court
## FOR THE
## DISTRICT OF ARIZONA

```
     FILED     ___ LODGED
___  RECEIVED  ___ COPY

       NOV 0 2 2011

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Crim. No. 07CR01390-003-PHX-DGC

ROBERT KENNETH REHM

　　On 9/29/2010 the above named was placed on probation for a period of 3 years. He has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that he be discharged from probation.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Michael D. McClain
　　　　　　　　　　　　　　　　　　　　　　　U. S. Probation Officer

## ORDER OF THE COURT

　　Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _31_ day of _Oct_, _2011_.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable David G. Campbell
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge